**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT TACOMA**

WILLIAM M. MCCOOL
CLERK OF COURT
1717 PACIFIC AVE.
ROOM 3100
TACOMA, WA 98402

September 27, 2018

**TORJUSEN V NATIONAL RAILROAD PASSENGER CORP, ET AL**
Case # 3:18−cv−05785−BHS

The court has received your case documents and has identified the deficiencies listed below.
**Please note:** Any underlined points of reference indicated below will contain a link to the source materials.

> **Secondary Signature(s) Improper:**
> The secondary attorney(s) KAREN K. OREHOSKI indicated in your initiating document(s) is/are not properly before this court and has/have been removed from the docket. Signatures must be in accordance with FRCP 11 and LCR 83.2, and must comply with Section III(L) of the Electronic Filing Procedures which states "*An electronically filed pleading or other document which requires an attorney's signature must have the signer's name(s) printed or typed under all signature lines with an original signature or the "/s" in lieu of the signature*".
> Please file a Notice of Appearance for attorney(s) KAREN K. OREHOSKI as soon as practical.

*Please call the Attorney Case Opening Helpdesk at 206−370−8787 if you have any additional questions.*

Thank you.

cc: file