THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EMILY TORJUSEN,<br><br>  Plaintiff,<br><br>  v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION, d.b.a. AMTRAK,<br><br>  Defendant. | CASE No. 3:18-CV-05785-BHS<br><br>**AGREED NEUTRAL STATEMENT** |

This is a civil case involving claims for personal injury and other damages arising out of the December 18, 2017 derailment of Amtrak Cascades Train 501 near DuPont, Washington. Emily Torjusen is the plaintiff in this case and was a passenger on the Amtrak train when it derailed. Plaintiff alleges she suffered injuries and other damages as a result of the derailment. Defendant Amtrak has admitted that it is liable for the compensatory damages resulting from the derailment but disputes the nature and extent of the Plaintiff's damages.

AGREED NEUTRAL STATEMENT
NO. 3:18-CV-05785-BHS - 1

**HILDEBRAND MCLEOD & NELSON**
350 FRANK H. OGAWA PLAZA, 4TH FLOOR, OAKLAND, CA 94612
(800) 447-7500 | (510) 465-7023 (fax)

019188.0423/8898760.1

DATED this 3rd day of March 2022.

        LANE POWELL PC

        By  /s/ Tim D. Wackerbarth
        Tim D. Wackerbarth, WSBA No. 13673
        wackerbartht@lanepowell.com
        Andrew G. Yates, WSBA No. 34239
        yatesa@lanepowell.com

        LANDMAN CORSI BALLAINE & FORD, PC

        By  /s/ Mark S. Landman
        Mark S. Landman, *Pro Hac Vice*
        mlandman@lcbf.com
        John A. Bonventre, *Pro Hac Vice*
        jbonventre@lcbf.com

        *Attorneys for Defendant National Railroad Passenger Corporation*

        HILDEBRAND McLEOD & NELSON, LLP

        By  /s/ Anthony S. Petru
        Anthony S. Petru, *Pro Hac Vice*
        petru@hmnlaw.com
        Scott H. Levy, *Pro Hac Vice*
        levy@hmnlaw.com

        GRUBE OREHOSKI PLLC

        By  /s/ Joseph A. Grube
        Joseph A. Grube, WSBA No. 26476
        joe@bgotrial.com

        *Attorneys for Plaintiff Emily Torjusen*

AGREED NEUTRAL STATEMENT
NO. 3:18-CV-05785-BHS - 2

**HILDEBRAND MCLEOD & NELSON**
350 FRANK H. OGAWA PLAZA, 4TH FLOOR, OAKLAND, CA 94612
(800) 447-7500 | (510) 465-7023 (fax)

019188.0423/8898760.1

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys and parties of record.

Executed this March 3rd, 2022, at Oakland, California.

Pursuant to FRCP 5(b), I certify that I am an employee of Hildebrand, McLeod & Nelson, LLP, who are members of the bar of this court and at whose direction this service was made.

*/s/ Elena Jimenez*
Elena Jimenez

AGREED NEUTRAL STATEMENT
NO. 3:18-CV-05785-BHS - 3

**HILDEBRAND MCLEOD & NELSON**
350 FRANK H. OGAWA PLAZA, 4TH FLOOR, OAKLAND, CA 94612
(800) 447-7500 | (510) 465-7023 (fax)

019188.0423/8898760.1