# EXHIBIT A

## PLAINTIFF'S TRIAL EXHIBIT LIST

| Exh. | Description | Authenticity Disputed (Y/N) | Admissibility Disputed (Y/N) | Admissibility Stipulated (Y/N) |
|---|---|---|---|---|
| 1. | Medical records from Providence, St. Peter Hospital, TORJUSEN 000038-88 | N | N | Y |
| 2. | Medical records from InHealth, TORJUSEN 000012-037 | N | N | Y |
| 3. | Medical records from Psychiatry NW, TORJUSEN 000089-091 | N | Y | Y |
| 4. | Medical records from Scovel Psychological Services, TORJUSEN 000141-155 | N | N | Y |
| 5. | Neuropsychological Testing Reports from Scovel Psychological Services, TORJUSEN 000406-418 | N | Y | N |
| 6. | Medical records from Vancouver Clinic, TORJUSEN 000156-000334, 000458-501, 513-557, 662-691 | N | N | Y |
| 7. | Letter from Vancouver Clinic, TORJUSEN 000361 | N | Y | N |
| 8. | Medical records from Polyclinic Northgate Plaza, TORJUSEN 000362-405 | N | N | Y |
| 9. | Medical records from John R. Crossen, Ph.D, TORJUSEN 000445-457 | N | N | Y |
| 10. | Additional Medical records from John R. Crossen Ph.D, TORJUSEN 000839-846 | Y | Y | N |
| 11. | MRI report from Neurography Institute Medical Associates, TORJUSEN 000558-565 | N | Y | Y |
| 12. | Medical Imaging from Silicon Valley Medical Imaging, TORJUSEN000566 | N | N | N |

# PLAINTIFF'S TRIAL EXHIBIT LIST

| Exh. | Description | Authenticity Disputed (Y/N) | Admissibility Disputed (Y/N) | Admissibility Stipulated (Y/N) |
|---|---|---|---|---|
| 13. | Medical records from UW Medicine, TORJUSEN 000570-597 | N | N | Y |
| 14. | Medical records from KIDO Psychological Services, TORJUSEN 000692-701 | N | N | Y |
| 15. | Medical records from Olympia Chiropractic Center, TORJUSEN 000608-000620 | N | N | Y |
| 16. | Medical records from Olympia Orthopaedc Associates, TORJUSEN 000621-000650 | N | N | Y |
| 17. | University of Washington, Unofficial Academic Transcript, TORJUSEN 000359-360 | N | N | Y |
| 18. | SAT Subject Tests Report, TORJUSEN 000443-444 | N | N | Y |
| 19. | High School Transcript, TORJUSEN 000510-512 | N | N | Y |
| 20. | Illustrated Accident Diagram_NRPC_NTSB_001887 | N | Y | N |
| 21. | Aerial Photo from NTSB Preliminary Report, TORJUSEN 000764 | N | Y | N |
| 22. | Map of Cascades Train 501 Route from Seattle Times, TORJUSEN 766 | N | Y | N |
| 23. | Photo of Train Derailment Scene provided by US Army Fire Dept. Joint Base & Lewis McChord Fire Dept 1, TORJUSEN 000815 | N | Y | N |
| 24. | Aerial photo of AMTK7504, 7554 and 7804, NRPC_NTSB_000126 | N | Y | N |

## PLAINTIFF'S TRIAL EXHIBIT LIST

| Exh. | Description | Authenticity Disputed (Y/N) | Admissibility Disputed (Y/N) | Admissibility Stipulated (Y/N) |
|---|---|---|---|---|
| 25. | Photo of detached rolling assembly against AMTK 7504, NRPC_NTSB_000127 | N | Y | N |
| 26. | Photo of detached rolling assembly against AMTK 7504, NRPC_NTSB_000128 | N | Y | N |
| 27. | Photos of car 7504, NRPC_NTSB_000163-164 | N | Y | N |
| 28. | Train 501 characteristics, NRPC_NTSB_000131 | N | Y | N |
| 29. | Aerial Footage of Derailment from The Guardian, TORJUSEN 000763 | N | Y | N |
| 30. | Emily Torjusen's 2017 - 2020 W2, TORJUSEN 000335, 441-442, 567-569. | N | Y | N |
| 31. | Photos from Kevin Jeffers' deposition, TORJUSEN 000825-000838 | N | Y | N |
| 32. | Life Expectancy Table, TORJUSEN 000818-000820 | Y | N | N |
| 33. | Demonstrative for Dr. Spohr's testimony | Y | Y | N |
| 34. | Demonstrative for Dr. Scovel's testimony | Y | Y | N |
| 35. | Demonstrative for Dr. Crossen's testimony | Y | Y | N |
| 36. | Demonstrative for Ms. Johns's testimony | Y | Y | N |

## PLAINTIFF'S TRIAL EXHIBIT LIST

| Exh. | Description | Authenticity Disputed (Y/N) | Admissibility Disputed (Y/N) | Admissibility Stipulated (Y/N) |
|------|-------------|-----------------------------|------------------------------|--------------------------------|
| 37. | Demonstrative for Dr. Filler's testimony | Y | Y | N |
| 38. | Emily Torjusen's_Passenger Rail Report, TORJUSEN 000847-000874 | Y | Y | N |