ORIGINAL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EMILY TORJUSEN,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>    Defendant. | CASE NO. C18-5785 BHS<br><br>SPECIAL VERDICT FORM |

We, the jury, award Plaintiff Emily Torjusen the following amounts in this matter:

1. Past non-economic damages:      $ 2,500,000.00

2. Future non-economic damages:    $ 5,500,000.00

   **Total:**                       $ 8,000,000.00

Sign and return this verdict form.

Dated: April 4, 2022.

_/s/_____
Presiding Juror

ORDER - 1