**C18-5785BHS Torjusen v Nat'l Railroad Passenger Corp**
**EXHIBIT LIST**

| NO. | DESCRIPTION | Admissibility Stipulated | Offered | Rejected | DATE ADMITTED | NOTES |
|---|---|---|---|---|---|---|
| 1 | Medical records from Providence, St. Peter Hospital, TORJUSEN 000038-88 | Y | | | | |
| 2 | Medical records from InHealth, TORJUSEN 000019-037 | Y | | | | |
| 3 | Medical records from Psychiatry NW, TORJUSEN 000090-091 | Y | | | | |
| 4 | Medical records from Scovel Psychological Services, TORJUSEN 000144-155 | Y | | | | |
| 5 | Neuropsychological Testing Reports from Scovel Psychological Services, TORJUSEN 000406-418 | | | | 3/31 | Illustrative |
| 6 | Medical records from Vancouver Clinic, TORJUSEN 000160-000334, 462-501, 518-557, 666-691 | Y | | | 3/31 | Illustrative |
| 7 | Letter from Vancouver Clinic, TORJUSEN 000361 | | | | 3/30 | |
| 8 | Medical records from Polyclinic Northgate Plaza, TORJUSEN 000369-405 | Y | | | | |
| 9 | Medical records from John R. Crossen, Ph.D, TORJUSEN 000446-457 | Y | | | | |
| 10 | Additional Medical records from John R. Crossen Ph.D, TORJUSEN 000839-846 | | | | | |
| 11 | MRI report from Neurography Institute Medical Associates, TORJUSEN 000558-565 | Y | | | | |

| NO. | DESCRIPTION | Admissibility Stipulated | Offered | Rejected | DATE ADMITTED | NOTES |
|---|---|---|---|---|---|---|
| 12 | Medical Imaging from Silicon Valley Medical Imaging, TORJUSEN000566 | | | | | |
| 13 | Medical records from UW Medicine, TORJUSEN 000571-597 | Y | | | | |
| 14 | Medical records from KIDO Psychological Services, TORJUSEN 000692-701 | Y | | | | |
| 15 | Medical records from Olympia Chiropractic Center, TORJUSEN 000612, 614-620 | Y | | | | |
| 16 | Medical records from Olympia Orthopaedc Associates, TORJUSEN 000626-000650 | Y | | | | |
| 17 | University of Washington, Unofficial Academic Transcript, TORJUSEN 000359-360 | Y | | | | |
| 18 | SAT Subject Tests Report, TORJUSEN 000443-444 | Y | | | | |
| 19 | High School Transcript, TORJUSEN 000510-512 | Y | | | | |
| 20 | Illustrated Accident Diagram_NRPC_NTSB_001887 | | | | | |
| 21 | Aerial Photo From NTSB Preliminary Report, TORJUSEN 000764 | | | | 3/29 | |
| 22 | Map of Cascades Train 501 Route from Seattle Times, TORJUSEN 766 | | | | 3/29 | |
| 23 | Aerial photo of AMTK7504, 7554 and 7804, NRPC_NTSB_000126 | | | | 3/29 | |
| 24 | Photo of detached rolling assembly against AMTK 7504, NRPC_NTSB_000127 | | | | | |

| NO. | DESCRIPTION | Admissibility Stipulated | Offered | Rejected | DATE ADMITTED | NOTES |
|---|---|---|---|---|---|---|
| 25 | Photo of detached rolling assembly against AMTK 7504, NRPC_NTSB_000128 | | | | | |
| 26 | Photos of car 7504, NRPC_NTSB_000163 | | | | | |
| 27 | Aerial Footage of Derailment from The Guardian, TORJUSEN 000763 | | | | 3/29 | |
| 28 | Plaintiff's 2017 W2, TORJUSEN 000335 | | | | | |
| 29 | Plaintiff's 2018 W2, TORJUSEN 000441 | | | | | |
| 30 | Plaintiff's 2019 W2, TORJUSEN 000442 | | | | | |
| 31 | Plaintiff's 2020 W2, TORJUSEN 000567-569 | | | | | |
| 32 | Photos from Kevin Jeffers' deposition, TORJUSEN 000825 | | | | 3/29 | |
| 33 | Photos from Kevin Jeffers' deposition, TORJUSEN 000831 | | | | 3/29 | |
| 34 | Photos from Kevin Jeffers' deposition, TORJUSEN 000837 | | | | 3/29 | |
| 35 | Photos from Keven Jeffers' deposition, TORJUSEN 000838 | | | | 3/29 | |
| 36 | Life Expectancy Table, TORJUSEN 000818-000820 | | | | | |
| 37 | Plaintiff's watch | | | | 3/31 | Illustrative |
| 38 | Demonstrative for Dr. Scovel's testimony | | | | | |
| 39 | Demonstrative for Dr. Crossen's testimony | | | | 3/30 | Illustrative |
| 40 | Demonstrative for Dr. Filler's testimony, No. 1 | | | | 3/30 | Illustrative |

| NO. | DESCRIPTION | Admissibility Stipulated | Offered | Rejected | DATE ADMITTED | NOTES |
|---|---|---|---|---|---|---|
| 41 | Demonstrative for Dr. Filler's testimony, No. 2 | | | | 3/30 | Illustrative |
| 42 | Plaintiff's Picture | | | | | |
| 43 | Mounts Road Overpass Photo | | | | 3/29 | |
| 44 | Deposition of Kevin Jeffers | | | | | |
| 45 | Kevin Jeffer's Statement, NRPC_NTSB_003241-3283 | | | | | |
| 46 | Exhibit 13 from Deposition of Kevin Jeffers | | | | | |
| | | | | | | |
| | | | | | | |
| A-1 | Plaintiff's Cumulative Responses to Defendant's First Interrogatories and Requests for Production | | | | | |
| A-2 | Plaintiff's Cumulative Responses to Defendant's Second Interrogatories and Requests for Production | | | | | |
| A-3 | Plaintiff's Cumulative Responses to Defendant's Requests for Admissions | | | | | |
| A-4 | Plaintiff's High School Transcripts (TORJUSEN 000510-000512) | | | | | |
| A-5 | Plaintiff's SATs (TORJUSEN 000443-000444) | | | | | |
| A-6 | Plaintiff's University of Washington Transcripts (TORJUSEN_000359-000360) | | | | | |
| A-7 | Plaintiff's University of Washington Academic Records (UOW 000002-000086) | | | | | |
| A-7a | Subset of Exhibit A-7 (academic records from UW) | | | | 4/1 | |
| A-8 | Disability letter from Dr. Megan Spohr, dated December 22, 2017 (TORJUSEN 000361) | Y | | | | |

| NO. | DESCRIPTION | Admissibility Stipulated | Offered | Rejected | DATE ADMITTED | NOTES |
|---|---|---|---|---|---|---|
| A-9 | Plaintiff's medical records: John Crossen, PhD, MBA (CRO 000002-000013) | Y | | | | |
| A-10 | Plaintiff's medical records: KIDO Psychological Services (TORJUSEN 000692-000701; KPS 000012) | Y | | | | |
| A-11 | Plaintiff's medical records: Legacy Health Systems (LHS 000002-000055) | | | | | |
| A-12 | Plaintiff's medical records: Longview Battle Ground Oral Surgery & Periodontics (LBG 000003-000052) | | | | | |
| A-13 | Plaintiff's medical records: Silicon Valley Medical Imagine and MRI report dated 7/23/2018 (SVM 000002-000003; TORJUSEN 000558-000565) | Y | | | | |
| A-14 | Plaintiff's medical records: Olympia Chiropractic Center (OCC 000002-000015) | | | | | |
| A-15 | Plaintiff's medical records: Olympia Orthopedic Associates (OOA 000002-000031) | | | | | |
| A-16 | Plaintiff's medical records: Providence St. Peter (PSP 000002-000055) | | | | | |
| A-17 | Plaintiff's medical records: Psychiatry Northwest (PSN 000003-000008; TORJUSEN 000090-000091) | | | | | |
| A-18 | Plaintiff's medical records: Salmon Creek Oral Surgery (TORJUSEN 000714-000754; 000757-000760) | | | | | |
| A-19 | Plaintiff's medical records Scovel Psychological Services (SPS 000002-000013 (March 2018); SPS 000002-000013 (June 2020)) | Y | | | | |
| A-20 | Plaintiff's medical records: SeaMar Community Health (SCH 000003- SCH 000016) | | | | | |
| A-21 | Plaintiff's medical records: the Polyclinic (THP 000002-000086) | | | | | |
| A-22 | Plaintiff's medical records: The Vancouver Clinic (TVC 000002-000018, TORJUSEN 000160-000330; TORJUSEN 000458-000501; TORJUSEN 000513-000557; TORJUSEN 000662-000691) | | | | | |
| A-23 | Plaintiff's medical records: University of Washington (UWM 000003    -000051; TORJUSEN 000570-000597 | | | | | |
| A-24 | Exhibit Number accidently ommitted | | | | | |

| NO. | DESCRIPTION | Admissibility Stipulated | Offered | Rejected | DATE ADMITTED | NOTES |
|---|---|---|---|---|---|---|
| A-25 | Plaintiff's medical records: Vida Integrated Health (VIH 000004-000020) | | | | | |
| A-26 | March 30, 2018 letter from Jessamy Whitsitt and Seattle Pies, LLC dated March 30, 2018 re plaintiff's missed work (TORJUSEN 000336) | | | | | |
| A-27 | Plaintiff's 2017 W-2 (TORJUSEN 000335) | | | | | |
| A-28 | Plaintiff's 2018 W-2 (TORJUSEN 000441) | | | | | |
| A-29 | Plaintiff's 2019 W-2 (TORJUSEN 000442) | | | | | |
| A-30 | Plaintiff's 2020 W-2s (TORJUSEN 000567-000569) | | | | | |
| A-31 | Plaintiff's LinkedIn Profile (NRPC_TORJUSEN_00225-00266) | | | | | |
| A-32 | Plaintiff's Article in fairobserver.com, titled Turkey's New Role in the Middle east Divides the Arab World, dated July 12, 2019 (NRPC_TORJUSEN_00267-000270) | | | | | |
| A-33 | Plaintiff's Letter to the Editor in chronline.com titled "Jeff Wilson Represents Much Needed Change in the 19th District" posted September 25, 2020 (NRPC_TORJUSEN_00271-00272) | | | | | |
| A-34 | Plaintiff's co-authored article in lobelog.com titled "Yemen's Fragile Peace Talks" dated March 20,2019(NRPC_TORJUSEN_00273-00276) | | | | | |
| A-35 | Plaintiff's co-authored article in lobelog.com titled "Understanding Egypt's Role in Libya's Civil War" dated September 9, 2019 (NRPC_TORJUSEN_00277-0279) | | | | | |
| A-36 | Plaintiff's article in thenightbeyond.com titled "10 Movie Sequels That Ruined The Original" dated July 20, 2021 (NRPC_TORJUSEN_00280-00320) | | 4/1 | 4/1 | | |
| A-37 | Plaintiff's Letter to the Editor in thereflector.com titled "Murray and Cantwell must support the Food For Peace Modernization Act" posted August 20, 2018 (NRPC_TORJUSEN_00321-00322) | | | | | |
| A-38 | Plaintiff's article in alfusaic.net titled "Cairo" dated October 1, 2021 (NRPC_TORJUSEN_00323-00326) | | | | | |

| NO. | DESCRIPTION | Admissibility Stipulated | Offered | Rejected | DATE ADMITTED | NOTES |
|---|---|---|---|---|---|---|
| A-39 | Mention of plaintiff in twitter thread titled "I would like to share my experience with Emily Torjusen" by Ahmed Mousa Elsayed, dated October 3, 2021 (NRPC_TORJUSEN_00327-00328) | | | | | |
| A-40 | Crossen billing records (CRO 000014) | | | | | |
| A-41 | Plaintiff's updated LinkedIn profile | | | | 4/1 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

7