UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EMILY TORJUSEN,

    Plaintiff,

v.

NATIONAL RAILROAD PASSENGER CORP., et al.,

    Defendant.

CASE NO. C18-5785BHS

WITNESS LIST

| NO. | NAME | DATE | CALLED BY |
| --- | --- | --- | --- |
| 1 | Kevin Jeffers | 3/29/2022 | Plaintiff |
| 2 | Aaron Filler, M.D., Ph.D. | 3/30 | Plaintiff |
| 3 | Meghan Spohr, M.D. | 3/30 | Plaintiff |
| 4 | Elizabeth Scovel, Ph.D. | 3/31 | Plaintiff |
| 5 | Patti Torjusen | 3/31 | Plaintiff |
| 6 | Emily Torjusen | 3/31, 4/1 | Plaintiff |