UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EMILY TORJUSEN,<br><br>        Plaintiff,<br><br>   v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>        Defendant. | JUDGMENT IN A CIVIL CASE<br><br>CASE NUMBER: C18-5785BHS |

  X  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict IN FAVOR OF PLAINTIFF as follows:

    1)  Past non-economic damages in the amount of    $2,500,000.00;

    2)  Future non-economic damages in the amount of  $5,500.000.00;

        **TOTAL AWARD**:         **$8,000,000.00**

 April 4, 2021                            RAVI SUBRAMANIAN
                                                          CLERK

                                                          By Dara L. Kaleel, Deputy Clerk