THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EMILY TORJUSEN, | Case No. 3:18-cv-05785-BHS |
| Plaintiff, | **DECLARATION OF ANDREW G. YATES IN SUPPORT OF DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION'S MOTION FOR NEW TRIAL OR IN THE ALTERNATIVE REMITTITUR** |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK; and DOES ONE THROUGH FIFTY, | |
| Defendants. | |

I, Andrew G. Yates, declare the following to be true:

1. I am one of the attorneys for defendant National Railroad Passenger Corporation ("Amtrak") in the above captioned matter. I am of legal age, am competent to testify, and make this declaration from my own personal knowledge.

2. Attached as **Exhibit A** is a true and correct copy of the transcript excerpts of the 3/7/2022 Pretrial Conference.

3. Attached as **Exhibit B** is a true and correct copy of the transcript excerpts of the 4/1/2022 trial transcript.

4. Attached as **Exhibit C** is a true and correct copy of the transcript excerpts of the 3/31/2022 trial transcript.

DECLARATION OF ANDREW G. YATES ISO DEFENDANT NRPC'S MOTION FOR NEW TRIAL OR IN THE ALTERNATIVE REMITTITUR - 1
NO. 3:18-CV-05785-BHS
019188.0423/8966578.1

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

5.  Attached as **Exhibit D** is a true and correct copy of the transcript excerpts of the 3/30/2022 trial transcript.

I declare under penalty of perjury under the laws of the United States and the State of Washington that the foregoing is true and correct.

DATED this 2nd day of May, 2022 in Seattle Washington.

    *s/ Andrew G. Yates*
    Andrew G. Yates

DECLARATION OF ANDREW G. YATES ISO DEFENDANT NRPC'S MOTION FOR NEW TRIAL OR IN THE ALTERNATIVE REMITTITUR - 2
NO. 3:18-CV-05785-BHS
019188.0423/8966578.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107