# EXHIBIT A

```
 1                      UNITED STATES DISTRICT COURT

 2                  WESTERN DISTRICT OF WASHINGTON AT TACOMA

 3     _____

 4                                    )
       EMILY TORJUSEN,                ) 3:18-cv-05785-BHS
 5                                    )
       Plaintiff,                     ) Tacoma, Washington
 6                                    )
       v.                             ) March 7, 2022
 7                                    )
       NATIONAL RAILROAD PASSENGER    ) Pretrial
 8     CORPORATION d/b/a AMTRAK,      ) Conference
                                      )
 9                Defendant.

10     _____

11                      VERBATIM REPORT OF PROCEEDINGS
                  BEFORE THE HONORABLE BENJAMIN H. SETTLE
12                       UNITED STATES DISTRICT JUDGE
       _____

13

14

15

16

17

18

19

20

21

22

23

24
             Proceedings stenographically reported and transcript
25             produced with computer-aided technology
```

**EXHIBIT A**
**Page 2 of 5**

1   stipulated here with respect to many medical records, and I
2   expect you can do some meeting and conferring and resolve.
3   Where they are unresolved, you can bring it to my attention
4   during trial that there is an issue of medical records.
5       Defendant's No. 1 is preclude evidence not produced in
6   discovery.  Plaintiff is arguing I should reserve ruling on
7   these.  I agree.  The plaintiffs have a motion similar to
8   this, which was unopposed and granted.  Having said that,
9   though, whether an opinion offered by an expert is beyond a
10  report is a matter that needs to be addressed when being
11  offered.  Opinions that are disclosed may have assumptions or
12  support opinions that formulate the general opinion.  The
13  Court just has to reserve ruling should an objection come up
14  that there is an opinion, for example, being expressed by
15  someone that was not supported in the record.  Although there
16  are no expert witnesses in this case, are there?  All the
17  so-called experts are just health care providers, treatment
18  providers.
19      MR. LEVY:  Correct, Your Honor.
20      THE COURT:  I will move on to No. 2.  Preclude
21  inflammatory questions, statements and arguments attempting
22  to disparage Amtrak.  I believe and agree this is too vague.
23  I will rule on any objections when made.  Of course, the need
24  to avoid these things applies to both parties.
25      Three, preclude cumulative fact witnesses.  I did not see

1   coming out in the opening statement.  But if it becomes too
2   significant and counsel for the other side objects and says:
3   This is argument, Your Honor.  I am going to say:  It is.
4   Your objection is sustained.
5       Let me finish.  With respect to the anchoring part, I have
6   not precluded anchoring.  I don't endorse those courts that
7   think it is improper.  I do not think it is improper.  It is
8   something that each side can do.  It is perfectly, in my
9   opinion, appropriate for counsel to make a suggestion to the
10  jury.  That's what it should be.  It is argument.  It should
11  be a suggestion.  So-called anchoring, this anchoring motion
12  is denied.
13      No. 8, preclude evidence of Amtrak's liability.  I have
14  already addressed this, I think, sufficiently, with what I
15  expect the parties to get together and do with regard to
16  photographs and stipulation.
17      Preclude media reports is No. 9 regarding the derailment
18  or the return to service.  As I have done in earlier cases, I
19  am going to reserve ruling on this.  As a general matter,
20  there are 402 and 403 concerns.  However, if some media
21  coverage has some influence on plaintiff's mental state of
22  any kind, it may pass both evidentiary rules, but I want to
23  know ahead of time if plaintiff intends to offer evidence of
24  media coverage, and I will take it up outside the presence of
25  the jury.

```
 1   (The proceedings adjourned.)
 2
 3
 4                    C E R T I F I C A T E
 5
 6
 7      I certify that the foregoing is a correct transcript from
 8   the record of proceedings in the above-entitled matter.
 9
10
11
12   /s/ Angela Nicolavo
13   ANGELA NICOLAVO
     COURT REPORTER
14
15
16
17
18
19
20
21
22
23
24
25
```