# EXHIBIT B

```
 1                UNITED STATES DISTRICT COURT

 2            WESTERN DISTRICT OF WASHINGTON AT TACOMA

 3  _____

 4                                    )
    EMILY TORJUSEN,                   ) 3:18-cv-05785-BHS
 5                                    )
    Plaintiff,                        ) Tacoma,
 6                                    ) Washington
    v.                                )
 7                                    ) April 1, 2022
    NATIONAL RAILROAD PASSENGER       )
 8  CORPORATION d/b/a AMTRAK,         ) Jury Trial
                                      )
 9           Defendant.               ) 9:00 a.m.

10  _____

11                  VERBATIM REPORT OF PROCEEDINGS
               BEFORE THE HONORABLE BENJAMIN H. SETTLE
12                  UNITED STATES DISTRICT JUDGE
    _____
13

14

15

16

17

18

19

20

21

22

23

24
    Proceedings stenographically reported and transcript
25       produced with computer-aided technology
```

*Barry L. Fanning, RMR, CRR - Official Court Reporter*

(253) 882-3833 Barry_Fanning@WAWD.uscourts.gov

*1717 Pacific Ave - Tacoma, WA 98402*

**EXHIBIT B**
**Page 2 of 64**

1  Q.   Emily, I am going to ask you some questions this
2  morning.  You may have already been told, I tend to speak
3  quickly.  And if I am speaking too quickly or you think I
4  am mumbling or you can't follow my questions, please tell
5  me.  Okay?
6  A.   Okay.
7  Q.   Thank you.
8       Emily, are you currently residing in Cairo, Egypt?
9  A.   Yes.
10 Q.   And when did you move back to Cairo?
11 A.   I arrived there at the end of June, in June.
12 Q.   Of 2021?
13 A.   Yes.
14 Q.   And when had you left Cairo to come back to the
15 United States, the first time?  I'm sorry.  I apologize.
16 A.   I first left Cairo to come back to the United States
17 in September of 2019.
18 Q.   And at that point, you resumed your studies at
19 University of Washington, correct?
20 A.   Correct.
21 Q.   And my understanding is you began your studies at
22 University of Washington in 2016; is that correct?
23 A.   Correct.
24 Q.   And specifically, your first semester would have been
25 in autumn of 2016?

*Barry L. Fanning, RMR, CRR - Official Court Reporter*
(253) 882-3833 Barry_Fanning@WAWD.uscourts.gov
*1717 Pacific Ave - Tacoma, WA 98402*

**EXHIBIT B**
**Page 3 of 64**

```
 1   A.    Yes.
 2   Q.    Just for my and the jury's edification, UW, is that
 3   quarters?
 4   A.    Yes.
 5   Q.    Semesters or trimesters?
 6   A.    It is a quarter system.
 7   Q.    So in a typical school year, would you have four
 8   quarters or three?
 9   A.    I mean, typically you do autumn, winter and spring,
10   and you can take summer quarter as well.
11   Q.    Got you.  And there were occasions when you actually
12   took courses during the summer, correct?
13   A.    Yes.
14   Q.    A7 just for the witness.
15         Emily, can you see what's in front of you on the
16   screen?
17   A.    Yes.
18   Q.    And just take a look at what has been marked as
19   Defense Exhibit A7 -- A7-A.  Emily, is that your
20   transcript at the University of Washington?
21   A.    Yes.
22         MR. BONVENTRE:  Judge, I would move that into
23   evidence at this time.
24         MR. PETRU:  No objection.
25         THE COURT:  A7 is admitted.  It may be published.
```

*Barry L. Fanning, RMR, CRR - Official Court Reporter*
(253) 882-3833 Barry_Fanning@WAWD.uscourts.gov
1717 Pacific Ave - Tacoma, WA 98402

**EXHIBIT B**
**Page 4 of 64**

```
 1            (Exhibit No. A7 admitted.)
 2   BY MR. BONVENTRE:
 3   Q.   So Emily, I just want to ask you some questions about
 4   your course work at the University of Washington and your
 5   grades and things like that, okay?
 6   A.   Okay.
 7   Q.   The first -- would it be correct that the first
 8   quarter of courses that you took following the accident on
 9   the train would have been the winter of 2018?
10   A.   Correct.
11   Q.   And could you tell the jury what courses you took at
12   UW in the winter of 2018?
13   A.   I took Elementary Arabic, a class called Near Eastern
14   Gateway, Intermediate Studies of the Near East, and Modern
15   Political Thought.
16   Q.   That was 18 credits?
17   A.   Yes.
18   Q.   And you completed all 18, correct?
19   A.   Yes.
20   Q.   Elementary Arabic, is that a language course?
21   A.   Yes.
22   Q.   What's Near Eastern Gateway?  What was the subject
23   matter of that course, Emily?
24   A.   It was a required introductory overview of some of
25   the general histories of the Middle East.
```

*Barry L. Fanning, RMR, CRR - Official Court Reporter*
(253) 882-3833 Barry_Fanning@WAWD.uscourts.gov
1717 Pacific Ave - Tacoma, WA 98402

**EXHIBIT B**
**Page 5 of 64**

```
 1   Q.   And you said Modern Political Thought?
 2   A.   Yes.
 3   Q.   Was that the Middle East or Western thought, or what
 4   was that, do you recall?
 5   A.   It was mostly political theory, like the basis of
 6   American democracy.
 7   Q.   Your taking Arabic arose, my understanding is, at
 8   some point -- I forget the expression you used
 9   yesterday -- I don't know if you fell in love with it,
10   became entranced with Arabic and Middle Eastern history;
11   is that fair to say, at some point?
12   A.   I became interested in it, yes.
13   Q.   And -- that's become a passion, I believe is the word
14   you used yesterday; is that correct?
15   A.   Yes.
16   Q.   And your studies were, therefore, for the remainder
17   of your time at University of Washington were geared
18   towards those types -- what your passion was; would that
19   be fair to say?
20   A.   Yes, it was my interest at the time.
21   Q.   And that's -- the Middle East and Arabic language and
22   things like that, that's one of the reasons why you went
23   to Cairo back in 2019, correct?
24   A.   Yes.  My goal was to learn Arabic, yes.
25   Q.   And your passion for Middle Eastern history and
```

*Barry L. Fanning, RMR, CRR - Official Court Reporter*
(253) 882-3833 Barry_Fanning@WAWD.uscourts.gov
1717 Pacific Ave - Tacoma, WA 98402

**EXHIBIT B**
**Page 6 of 64**

```
 1   civilization and language is one of the reasons why you
 2   are in Cairo now, correct?
 3   A.   No.
 4   Q.   You chose Cairo not because you are interested in
 5   Middle Eastern?
 6   A.   I went there to study Arabic and also because that
 7   was the best place for me at the time.
 8   Q.   That first semester after the -- after the train
 9   accident, your GPA was 3.53, correct?
10   A.   Let me look.  My cumulative GPA?
11   Q.   No, your GPA for that quarter.
12   A.   Let me look at it.
13   Q.   Do you see where it says, "attempted 18, earned 18,
14   GPA"?
15   A.   Yes, I see it, 3.53, yes.
16   Q.   And that earned you the dean's list, correct?
17   A.   Yes.
18   Q.   Extraordinarily, the first quarter after this
19   accident, this horrific accident you went through, you
20   actually made the dean's list, correct?
21             MR. PETRU:  Move to strike the first word of the
22   question.
23             THE COURT:  Granted.
24   BY MR. BONVENTRE:
25   Q.   You made the dean's list the first quarter after the
```

*Barry L. Fanning, RMR, CRR - Official Court Reporter*
(253) 882-3833 Barry_Fanning@WAWD.uscourts.gov
1717 Pacific Ave - Tacoma, WA 98402

**EXHIBIT B**
**Page 7 of 64**

```
 1   accident, correct?
 2   A.   Correct.
 3   Q.   And then you studied in the spring of 2018; is that
 4   correct?
 5   A.   Yes.
 6   Q.   And what courses did you take in the spring of 2018?
 7   A.   I took Elementary Arabic, an international studies
 8   class that was called Cultural Interactions, and then
 9   something called Intermediate Studies, which was part of
10   the Near Eastern faculty, and a polysci class related to
11   the simulation of the U.S. Congress.
12   Q.   And that semester, you earned a 3.69; is that
13   correct?
14   A.   Correct.
15   Q.   And again made the dean's list, correct?
16   A.   Yes.
17   Q.   And then in the autumn of 2018, do you see that, on
18   the next page?  I'm sorry.  Do you have that, Emily, on
19   the next page?
20   A.   Yes.
21   Q.   And in the autumn of 2018, your GPA was 3.93,
22   correct?
23   A.   Yes.  Correct.
24   Q.   And, again, dean's list, correct?
25   A.   Yeah.
```

```
 1   Q.   Just so the jury understands, it's 3.93 out of 4 is
 2   the highest you could possibly get, correct?
 3   A.   Correct.
 4   Q.   And the winter of 2019, you earned a GPA of 3.88,
 5   correct?
 6   A.   Correct.
 7   Q.   And on the dean's list again, correct?
 8   A.   Correct.  All of this was while I was studying
 9   abroad.
10   Q.   And you earned a 3.88 while you were studying abroad,
11   correct?
12   A.   For which quarter?  Oh, for the winter 2019, correct.
13   Q.   '19.  I'm sorry.  Correct.
14   A.   Correct.
15   Q.   And then in the spring of 2019, you earned a 3.75,
16   correct?
17   A.   Correct.
18   Q.   And that was with a GPA of 3 point -- excuse me, that
19   was also the dean's list, correct?
20   A.   Correct.
21   Q.   And you did not take any courses in the summer of
22   2019, correct?
23   A.   I can't see on the screen.
24   Q.   I'm sorry.  You did not --
25   A.   No, I did not take a summer quarter, no.
```

```
 1   Q.   And that's because -- at that time, and we will
 2   discuss that later, you were living in Cairo, Egypt,
 3   correct?
 4   A.   Correct.
 5   Q.   And you were not earning credits for school during
 6   that time, correct?
 7   A.   No, I was not.
 8   Q.   And in the winter of 2020, you were back in the
 9   United States; is that correct?
10   A.   Correct.
11   Q.   Actually, I apologize.  Before that, the autumn of
12   2019, you were back in the United States at UW?
13   A.   Yes, correct.
14   Q.   And your -- what courses did you take that semester
15   or that quarter?
16   A.   I took something called Advanced Readings.  It was an
17   international studies class, something related to the
18   political economics of developing countries, I think,
19   which was another international studies class, a senior
20   seminar for the Near Eastern faculty, and an Introduction
21   to Political Economy.
22   Q.   I apologize.  The seminar was a senior seminar on
23   what, Emily?
24   A.   For the Near Eastern languages and civilizations, the
25   NEL faculty at the University of Washington, this was
```

*Barry L. Fanning, RMR, CRR - Official Court Reporter*
(253) 882-3833 Barry_Fanning@WAWD.uscourts.gov
1717 Pacific Ave - Tacoma, WA 98402

EXHIBIT B
Page 10 of 64

```
 1   their senior seminar.
 2   Q.   And that semester -- autumn of 2019, you earned a
 3   3.9, correct?
 4   A.   Correct.
 5   Q.   And once again made the dean's list, correct?
 6   A.   Correct.
 7   Q.   And in the winter of 2020, you again earned a 3.9,
 8   correct?
 9   A.   Yes.  While I was doing my internship at the
10   Washington State Capitol, I received credit for the
11   internship, which I received a 3.9 GPA for.
12   Q.   And what was that internship?  You were at the State
13   Capitol of Washington, correct?
14   A.   Correct.
15   Q.   And were you working with legislators in the Capitol?
16   A.   I was an intern for legislators.
17   Q.   I'm sorry?
18   A.   Yes, I was an intern for legislators.
19   Q.   The next was the spring of 2020.  What courses did
20   you take in the spring of 2020?
21   A.   I took something called the Making of the 21st
22   Century, which was an international studies class, and an
23   international studies class called Special Topics of the
24   Middle East, another international studies class called
25   Industry and the States, and a polysci class called Global
```

*Barry L. Fanning, RMR, CRR - Official Court Reporter*
(253) 882-3833 Barry_Fanning@WAWD.uscourts.gov
*1717 Pacific Ave - Tacoma, WA 98402*

**EXHIBIT B**
**Page 11 of 64**

```
 1   Crime and Corruption.
 2   Q.   And you achieved a 3.62 GPA, correct?
 3   A.   Correct.
 4   Q.   And, again, made the dean's list, correct?
 5   A.   Correct.
 6   Q.   And in the summer of 2020, you achieved a GPA of 3.7,
 7   correct?
 8   A.   Correct.
 9   Q.   And, again, made the dean's list?
10   A.   Yes, for an intensive intermediate Arabic class.
11   Q.   What was the class you were taking?  I'm sorry?
12   A.   It was an intermediate Arabic class.
13   Q.   Does it say -- what does it mean that it is an
14   intensive intermediate Arabic class?
15   A.   It means that it was the summer quarter.  They offer
16   a class to help people catch up if they have -- they are
17   trying to complete a level of Arabic that they haven't
18   completed yet.
19   Q.   And you earned a 3.7, correct?
20   A.   Correct.
21   Q.   And again made the dean's list?
22   A.   Correct.
23   Q.   Is it accurate that you made the dean's list the rest
24   of the time you were at the University of Washington?
25   A.   I can't see.
```

*Barry L. Fanning, RMR, CRR - Official Court Reporter*
(253) 882-3833 Barry_Fanning@WAWD.uscourts.gov
*1717 Pacific Ave - Tacoma, WA 98402*

**EXHIBIT B**
**Page 12 of 64**

```
 1  Q.   Do you recall?  I don't have the most recent
 2  transcript.  Do you recall?
 3  A.   I actually do not recall, but possibly.
 4  Q.   What was your major?
 5  A.   My final major which I graduated with?
 6  Q.   Yes.  Do I understand you had three majors?
 7  A.   I did.
 8  Q.   That's pretty unusual having three majors, would you
 9  agree?
10           MR. PETRU:  Objection.  Foundation.
11           THE COURT:  Sustained.
12  BY MR. BONVENTRE:
13  Q.   There were lots of students at the University of
14  Washington, correct?
15  A.   Yes.  It's a big school.
16  Q.   Not everyone at the University of Washington
17  graduates with three degrees, correct?
18  A.   I had three majors, yes.
19  Q.   Three majors.  I'm sorry.  I apologize.  Three
20  majors, correct?
21  A.   Correct, I don't think everyone does that.
22  Q.   In fact, it is pretty rare; is that fair to say?
23           MR. PETRU:  Objection.  Foundation.
24           THE COURT:  Sustained.
25
```

*Barry L. Fanning, RMR, CRR - Official Court Reporter*
(253) 882-3833 Barry_Fanning@WAWD.uscourts.gov
*1717 Pacific Ave - Tacoma, WA 98402*

**EXHIBIT B**
**Page 13 of 64**

BY MR. BONVENTRE:

Q.   What were the three majors you graduated with?

A.   It was political science, international studies, and Near Eastern languages/civilizations.

Q.   And what is the study of Near Eastern languages and civilizations?

A.   It's the study of the Middle East.  If you want to learn a Middle Eastern language, this would be a good major for someone pursuing that.

Q.   What are the types of things that you studied?

A.   Arabic and some required classes related to the history of the region.

Q.   All right.  Thank you.

     Now, Emily, I just want to talk a little about your travels, beginning with your summer semester.  Do I understand that in the -- is it the summer of 2018, that you went to France?

A.   In August of 2018, yes.

Q.   And was that to do with the term abroad?

A.   Yes.  The year began very early on, earlier than UW, so I went there in August to arrive on time.

Q.   Maybe I misunderstood.  I apologize.  Did you go early to see the area or actually the course work was starting early?

A.   Yes, the course work started early.

Barry L. Fanning, RMR, CRR - Official Court Reporter
(253) 882-3833 Barry_Fanning@WAWD.uscourts.gov
1717 Pacific Ave - Tacoma, WA 98402

EXHIBIT B
Page 14 of 64

```
 1   Q.   Got you.  Did you go with anyone?
 2   A.   No.
 3   Q.   And where was -- where was the school or the courses
 4   you were taking in France?
 5   A.   It was in a small town called Monton.
 6   Q.   Is it fair to say that is in the south of France?
 7   A.   Yes.
 8   Q.   And is it fair to say that's a pretty gorgeous place?
 9   A.   Yes, it is very pretty there.
10   Q.   You have actually written an article about Cairo in
11   which you mention how gorgeous that part of the world is;
12   is that fair to say?
13   A.   Yes, it is known for its beauty.
14   Q.   And it is apparently very close to the border -- the
15   northern border of Italy; is that correct?
16   A.   Yes.
17   Q.   And it is, I guess, fairly close to Monte Carlo,
18   because I understand you actually walked to Monte Carlo;
19   is that correct?
20   A.   Yes, it is adjacent to Monaco.
21   Q.   So while you were in France, were you working at a
22   particular institution or organization or studying at a
23   particular institution or organization?
24   A.   I was enrolled at the university there as an exchange
25   student.
```

*Barry L. Fanning, RMR, CRR - Official Court Reporter*
(253) 882-3833 Barry_Fanning@WAWD.uscourts.gov
1717 Pacific Ave - Tacoma, WA 98402

**EXHIBIT B**
**Page 15 of 64**

1  Q.   Is there something called the Po Institute, P-O
2  Institute?
3  A.   It is called Sciences Po.  That's the name of the
4  university.
5  Q.   What is it called?
6  A.   Sciences Po.  That's the name of the university.
7  Q.   Do you speak French, by the way?
8  A.   I do not.
9  Q.   And does the university have a particular, for lack
10 of a better -- specialty or focus?
11 A.   Political science.
12 Q.   And is it political science just in general, is it
13 specified for any particular region?
14 A.   They have various campuses.  The one at which I was
15 at was focused on the Middle East.
16 Q.   So, again, following up on what your studies and
17 passions were at the time, is that why you chose --
18 A.   In order to complete my majors, I needed to go to a
19 university which offered the classes which would meet the
20 required classes for my majors, yes.
21 Q.   While -- there was some discussion of this yesterday,
22 so I just want to follow up.  Do I understand that -- was
23 it an expensive town?  Is that fair to say?
24 A.   France, I guess -- it has been a while, but, yeah, I
25 found it expensive there, yeah.

*Barry L. Fanning, RMR, CRR - Official Court Reporter*
(253) 882-3833 Barry_Fanning@WAWD.uscourts.gov
1717 Pacific Ave - Tacoma, WA 98402

**EXHIBIT B**
**Page 16 of 64**

```
 1   Q.   And, actually, you would walk sometimes to go to
 2   Italy to buy your groceries, correct?
 3   A.   Yeah.  I was eating rice mainly, so I was trying to
 4   be frugal.
 5   Q.   My point was, you would -- part of your routine would
 6   be to buy your groceries in Italy, correct?
 7   A.   Yes.
 8   Q.   And sometimes you would walk; is that correct?
 9   A.   Yeah.
10   Q.   And sometimes you would take the train; isn't that
11   correct?
12   A.   Yeah.
13   Q.   And how often would you buy groceries in Italy?  How
14   often, once a week, more or less?
15   A.   No.  Maybe once or twice a month.
16   Q.   While you were in -- did I hear right, there would be
17   times when you would actually walk to Monte Carlo to get
18   coffee; is that correct?
19   A.   There is a very nice walk connecting the town of
20   Monton to Monte Carlo.  It is about a two-hour walk.  I
21   would go there.  Monte Carlo had the only Starbucks in the
22   area, so it was a nice space to study.
23   Q.   And you did that walk pretty frequently?
24   A.   No.
25   Q.   Did you do it more than once?
```

*Barry L. Fanning, RMR, CRR - Official Court Reporter*
(253) 882-3833 Barry_Fanning@WAWD.uscourts.gov
1717 Pacific Ave - Tacoma, WA 98402

**EXHIBIT B**
**Page 17 of 64**

```
 1    A.   I think in total I did it two times, maybe three.
 2    Q.   And it would be a walk along the beach, is that my
 3    understanding?  Or at least partially along the beach?
 4    A.   Yeah, part of it was along the beach.
 5    Q.   Did you ever take the train to go to Monte Carlo or
 6    Monaco?
 7    A.   I believe I went there once for that purpose, but the
 8    train would pass through Monaco to go to Nice or any other
 9    destination in France.
10    Q.   Did you go to those other destinations?
11    A.   I had to go to Nice to get to the airport, so, yes.
12    Q.   Did you ever go to Nice other than going to the
13    airport?
14    A.   I think once I went there to walk around and see it.
15    Q.   Did you travel anywhere else in France while you were
16    doing your summer semester?
17    A.   While I was doing my exchange year there, I once went
18    to Paris for a few days to see it.
19    Q.   How did you get to Paris?
20    A.   I actually took a bus.
21    Q.   Did you take a bus or a train?
22    A.   Bus.
23    Q.   Did you go to Paris once or more than once?
24    A.   Yeah, it was just once.
25    Q.   And did you travel anywhere else in France, other
```