UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EMILY TORJUSEN, | CASE NO. C18-5785 BHS |
| Plaintiff, | ORDER |
| v. | |
| NATIONAL RAILROAD PASSENGER CORPORATION, | |
| Defendant. | |

THIS MATTER is before the Court on Defendant Amtrak's Motion to Stay Execution under Rule 62(b), conditioned on its posting a supersedeas bond in the amount of $10,000,000 (which is 125% of the jury's verdict and the judgment). Dkt. 76. Torjusen seeks a bond of 150% of the judgment, which she argues is akin to what the Court recently required in a similar case, *Steele v. Amtrak*, No. 19-cv-5553 BHS, at Dkt. 113 ($10,000,000 bond on $6,875,000 judgment).

Amtrak's motion for an order staying execution of the judgment, Dkt. 76, is **GRANTED**. Amtrak shall post a supersedeas bond in the amount of **$11,000,000** to stay execution on the judgment. The stay shall be effective upon Amtrak posting the

ORDER - 1

supersedeas bond. The stay expires when the time for Amtrak to appeal has expired or the Court of Appeals for the Ninth Circuit issues a mandate, whichever is later.

**IT IS SO ORDERED.**

Dated this 3rd day of June, 2022.

_____
BENJAMIN H. SETTLE
United States District Judge