THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EMILY TORJUSEN, | ) |
| | ) |
| Plaintiff, | ) No. 3:18-cv-05785-BHS |
| | ) |
| v. | ) **NOTICE OF SETTLEMENT** |
| | ) **OF ALL CLAIMS** |
| NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, | ) |
| | ) |
| Defendant. | ) |

Notice is hereby given that all claims against all parties in this action have been resolved. This notice is being filed with the consent of all parties.

Dated: September 30, 2022

HILDEBRAND McLEOD & NELSON, LLP

By: */s/ Anthony S. Petru*
Anthony S. Petru (admitted pro hac vice)
petru@hmnlaw.com
Scott H. Levy (admitted pro hac vice)
levy@hmnlaw.com

GRUBE OREHOSKI PLLC

By: */s/ Joseph A. Grube*
Joseph A. Grube, WSBA No. 26476
joe@go-trial.com

*Attorneys for Plaintiff Emily Torjusen*

LANE POWELL PC

By: */s/ Tim D. Wackerbarth*
Tim D. Wackerbarth, WSBA No.13673
wackerbartht@lanepowell.com
Andrew G. Yates, WSBA No. 34239
yatesa@lanepowell.com

LANDMAN CORSI BALLAINE & FORD P.C.
By: */s/ Mark Landman*
Mark Landman (admitted pro hac vice)
mlandman@lcbf.com
John A. Bonventre (pro hac vice)
jbonventre@lcbf.com

*Attorneys for Defendant Amtrak*

NOTICE OF SETTLEMENT
NO. 3:18-CV-05785-BHS - 1

**HILDEBRAND MCLEOD & NELSON, LLP**
350 FRANK H. OGAWA PLAZA
4TH FLOOR
OAKLAND, CA 94612
510.451.6732 FAX: 510.465.7023

**CERTIFICATE OF SERVICE**

I hereby certify that on the date indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys and parties of record.

Executed this September 30, 2022, at Oakland, California.

Pursuant to FRCP 5(b), I certify that I am an employee of Hildebrand, McLeod & Nelson, LLP, who are members of the bar of this court and at whose direction this service was made.

_____
Elena Jimenez

NOTICE OF SETTLEMENT
NO. 3:18-CV-05785-BHS - 2

019188.0423/8897948.1

**HILDEBRAND MCLEOD & NELSON, LLP**
350 FRANK H. OGAWA PLAZA
4TH FLOOR
OAKLAND, CA 94612
510.451.6732  FAX: 510.465.7023